UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
REGAL GAMES LLC,                                            :
:
                     Plaintiff,                         :
:        24-CV-4337 (VSB)
         - against -                            :
:        **ORDER**
SELLERX EIGHT GmbH, *et al.*,                               :
:
                    Defendants.                        :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Defendants filed a motion to dismiss Plaintiff's complaint on October 29, 2025. (*See* Doc. 33.) Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition to Defendants' motion to dismiss was due on November 12, 2025. To date, however, Plaintiff has not filed an opposition to the motion to dismiss. Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any opposition to Defendants' motion to dismiss no later than November 24, 2025. If Plaintiff fails to oppose Defendants' motion to dismiss or otherwise submit any filing by that date, I will consider Defendants' motion to dismiss to be unopposed. *Cf. McCall v. Pataki*, 232 F.3d 321, 322–23 (2d Cir. 2000) ("If a complaint is sufficient to state a claim on which relief can be granted, the plaintiff's failure to respond to a Rule 12(b)(6) motion does not warrant dismissal.").

SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge