UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/18/2026 __
```

REGAL GAMES LLC,

                                    Plaintiff,                        24-CV-4337 (VSB)(SN)

                    -against-                                         **ORDER**

SELLERX EIGHT GmbH et al.,

                                    Defendants

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On October 30, 2025, Judge Vernon Broderick referred this case to my docket for general pretrial supervision. On November 6, 2025, Defendants filed a motion to stay discovery pending their motion to dismiss. See ECF No. 38. The motion to stay discovery is DENIED. The Court declines to assess the merits of the pending motion to dismiss on this application, and Defendants have not otherwise shown good cause for a blanket stay. To the extent specific cross-border discovery issues arise, the parties may raise them with the Court in the ordinary course.

A conference is scheduled for Thursday, April 2, 2026, at 2:00 p.m. to discuss next steps in this litigation. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 17, 2026
              New York, New York