**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

REGAL GAMES LLC,

                      **Plaintiff,**

        **-against-**

SELLERX EIGHT GmbH et al.,

                    **Defendants**

----------------------------------------------------------------X

**24-CV-4337 (VSB)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/12/2026 __

**SARAH NETBURN, United States Magistrate Judge**:

A mediation conference was held in this action on May 20, 2026. Accordingly, by June 18, 2026, the parties shall file a joint status letter advising the Court of the next steps in this litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 12, 2026
               New York, New York